# United States Bankruptcy Court

Southern District of Mississippi (Gulfport-6 Divisional Office)

| | | |
|---|---|---|
| IN RE:    FORREST HESS | CASE NO.: | 24-50961 |
| | CHAPTER: | 13 |

    Debtors

### Change of address – Payment for Creditor

As to Claim 1-1,, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|
| | |

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/19/2025                         /s/Kimberly Aquino
                                       Account Resolution Associate Manager
                                       Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

# Certificate of Service

Southern District of Mississippi (Gulfport-6 Divisional Office)

IN RE:  FORREST HESS                         CASE NO.:  24-50961
                                             CHAPTER:   13

         Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/19/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
   Kimberly Aquino
   Account Resolution Associate Manager

☐ By mail:
   [Name]
   [Address]

☐ By
   [Method of delivery]:
   [Name]
   [Address]


09/19/2025                               /s/Kimberly Aquino
                                         Account Resolution Associate Manager
                                         Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.