B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re Forrest Joseph Hess, Case No. 24-50961

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Jefferson Capital Systems LLC
Name of Transferee

Name and Address where notices to transferee should be sent:
Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud , MN 56302-9617

Phone: 800-928-7314
Last Four Digits of Acct #: 2186

Name and Address where transferee payments should be sent (if different from above):
Jefferson Capital Systems, LLC
PO Box 772813
Chicago , IL 60677-2813
Phone: 800-928-7314
Last Four Digits of Acct #: 2186

Scolopax, LLC
Name of Transferor

Court Claim # (if known): 5
Amount of Claim: 6139.97
Date Claim Filed: 09/06/2024

Phone: 877-332-3543
Last Four Digits of Acct. #: 2186

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kristen Will (Bankruptcy Specialist)
Transferee/Transferee's Agent

Date: 9/9/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

PURCHASE AND SALE AGREEMENT

**EXHIBIT K**
**WAIVER OF NOTICE OF CLAIM**

Scoloplax, LLC ("Transferor") has sold and assigned certain claims to Tribute Capital Partners, LLC, who then sold the claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at 200 14th Ave E, Sartell, MN 56377. Said claims arise from consumer contracts ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under the following name:

Alliant Capital Management HDH
Intercoastal Financial LLC
Landmark Strategy Group, LLC
Scolopax
Scolopax, LLC
Scolopax, LLC c/o Weinstein & Riley, P.C.
Weinstein & Riley, P.C.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver of Notice of Transfer of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Transfer of Claim by and through its duly authorized officer on the 26th day of July, 2026.

Transferor: Scoloplax, LLC

By: [signature]
Name: William S. Weinstein
Title: Authorized Representative