Certificate Number: 17082-MSS-DE-041701066

Bankruptcy Case Number: 24-50961

17082-MSS-DE-041701066

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 20, 2026, at 2:32 o'clock PM MST, FORREST J HESS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: November 20, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director