United States Bankruptcy Court
Southern District of Mississippi

In re: Forrest Joseph Hess
Debtor

Case No. 24-50961-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 19, 2026 Form ID: pdf012 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Forrest Joseph Hess, 41 Bedwell Rd, Hattiesburg, MS 39402-8584 |
| | + | OCEANEERING, ATTN: PAYROLL, 5004 RAILROAD AVENUE, MORGAN CITY,, LA 70380-2351 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Forrest Joseph Hess trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 19, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
FORREST JOSEPH HESS
41 Bedwell Rd
Hattiesburg, MS 39402

CHAPTER 13 PROCEEDING:
24-50961 KMS

SSN: XXX-XX-0039

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

OCEANEERING
ATTN: PAYROLL
5004 RAILROAD AVENUE
MORGAN CITY, LA 70380

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net